

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    Imprisonment: 20 years
Fine:   $250,000
Supervised release: 3 years
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**FILED**

AUG - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ JORGE FLORES-HERNANDEZ

DISTRICT COURT NUMBER

CR08-523 DLJ

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    JOSHUA HILL, AUSA

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    } ☐ Federal ☐ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Clara County

Has detainer been filed?    ☐ Yes  ☐ No    } If "Yes" give date filed _____

DATE OF ARREST ▶    Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS    ☐ NO PROCESS*    ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment    ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

UNITED STATES OF AMERICA,

V.

## CR08-523 DLJ

JORGE FLORES-HERNANDEZ,

DEFENDANT(S).

# INDICTMENT

8 U.S.C. §§ 1326(a) and (b) – Deported Alien Found In United States

FILED
AUG – 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

A true bill.

_____
            Deputy            Foreman

Filed in open court this ___6th___ day of

_August   2008_.

_____
                            Clerk

Bail, $ __No bail arrest warrant.__

1 | JOSEPH P. RUSSONIELLO
United States Attorney

2

3

E-filing

4

5

FILED

6

AUG - 6 2008

7

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
OAKLAND

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

CR08-523 DLJ

12 | UNITED STATES OF AMERICA,                    )    Criminal No.
                                                )
13 |            Plaintiff,                        )    VIOLATION: 8 U.S.C. §§ 1326(a) and (b) –
                                                )    Deported Alien Found In United States
14 |      v.                                     )
                                                )    OAKLAND VENUE
15 | JORGE FLORES-HERNANDEZ,                      )
                                                )
16 |            Defendant.                        )
                                                )
17 | _____     )

18 |                        INDICTMENT

19 | The Grand Jury charges:

20 |    1.  Prior to July 13, 2007, defendant JORGE FLORES-HERNANDEZ was convicted of at

21 | least one felony crime punishable by a term of imprisonment exceeding one year.

22 |    2.  On or about July 13, 2007, defendant JORGE FLORES-HERNANDEZ was removed,

23 | excluded, and deported from the United States.

24 |    3.  After July 13, 2007, defendant JORGE FLORES-HERNANDEZ knowingly and

25 | voluntarily reentered and remained in the United States.

26 |    4.  On or about January 20, 2008, in the Northern District of California, the defendant,

27 |                        JORGE FLORES-HERNANDEZ,

28 | an alien, was found in the United States without having obtained the express consent of the

INDICTMENT

1  Attorney General or the Secretary of the Department of Homeland Security to reapply for

2  admission into the United States, in violation of Title 8, United States Code, Sections 1326(a)

3  and (b).

4

5  DATED:      August 6, 2008                    A TRUE BILL

6

7                                    Deputy    FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney
9

10

11  W. DOUGLAS SPRAGUE
    Chief, Oakland Branch
12

13  (Approved as to form:                          )

14                 AUSA J. HILL

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT