BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant FLORES-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-08-523 DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JORGE FLORES-HERNANDEZ, | ) | |
| Defendant. | ) | |

On October 10, 2008, the parties proposed, and the Court adopted, a schedule for the filing of a defense motion to dismiss. The date for oral argument was set for December 5, 2008. Defendant's opening brief was scheduled to be filed October 31, 2008.

The parties hereby propose a change in the briefing schedule. The defense has retained an immigration lawyer to provide assistance in this matter because the motion is aimed at challenging Mr. Flores-Hernandez's prior deportation. That attorney needs additional time to fully review all records in Mr. Flores-Hernandez's A-File and perform research. Counsel for the United States has no objection to this request. The proposed amended schedule is as follows:

//

//

Stip & Order                                                         1

1 *Defense Motion:* November 14, 2008

2 *Government Opposition:* December 5, 2008

3 *Defense Reply (If any):* December 12, 2008

4 *Oral Argument:* December 19, 2008 *at 11:00am*

5     The parties stipulate and agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) based on the filing of a pretrial motion between October 10, 2008 and December 19, 2008.

Dated: October 24, 2008          /s/ Ned Smock
                                           NED SMOCK
                                           Assistant Federal Public Defender

Dated: October 24, 2008          /s/ Joshua Hill
                                           JOSHUA HILL
                                           Assistant United States Attorney

**ORDER**

    GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the amended motion schedule set forth above is adopted and that the matter is set for oral argument on the motion December 19, 2008 *at 11:00am*. Time is excluded between October 10, 2008 and December 19, 2008, pursuant to 18 U.S.C. § 3161(h)(1)(F).

Dated: **November 3, 2008**                        
                                         HONORABLE D. LOWELL JENSEN
                                         United States District Judge